**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF SEACOR OFFSHORE | § | |
| L.L.C. as owner and SEACOR MARINE L.L.C. | § | CIVIL ACTION H-07-32 |
| as operator of the vessel M/V JIM G, FOR | § | |
| EXONERATION FROM OR LIMITATION | § | ADMIRALTY |
| OR LIABILITY | § | |

**ORDER APPROVING COMPLAINANT'S STIPULATION FOR**
**VALUE, DIRECTING THE ISSUANCE OF NOTICE**
**TO CLAIMANTS AND RESTRAINING PROSECUTION OF CLAIMS**

A complaint having been filed herein on the 4th day of January, 2007, by complainants, SEACOR Offshore L.L.C., owner of the M/V JIM G and SEACOR Marine, L.L.C., operator of the M/V JIM G, for exoneration from or limitation of liability, pursuant to Sections 181 *et seq*. of the United States Code, Title 46 and Rule "F" of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, for any loss, damage, or injury caused by or resulting from the incident involving the M/V JIM G in or near the Freshwater City, Louisiana harbor, on July 10, 2005, as more fully described by the facts and circumstances described in the complaint; and complainants having filed an *ad interim* stipulation for the value of said vessel and her pending freight, all as required by the rules of this Court and the law;

Now therefore, upon motion of Fowler Rodriguez, attorneys for complainants:

I.

IT IS ORDERED that the *ad interim* stipulation for value of complainants' interest in the M/V JIM G and her pending freight, in the principal amount of $2,100,000.00 (U.S.) with interest thereon at the rate of six percent (6%) per annum from date thereof, executed on the 4th day of January, 2007 by complainants, as principals, and by International Fidelity Ins. Co., as surety, and

filed herein by complainants, be accepted as an *ad interim* stipulation, for the purpose of this limitation proceeding, and that it be approved as to form, quantum and surety; and

## II.

IT IS FURTHER ORDERED that complainants and any claimant who may properly become a party hereto may contest the amount or value of complainants' interest in the M/V JIM G as fixed in said *ad interim* stipulation, and may move the court for due appraisal of said interest and may apply to have the amount of said stipulation increased or diminished, as the case may be, on the determination by this Court of the amount or value of said interest; and

## III.

IT IS FURTHER ORDERED that a notice shall be issued out of and under the seal of this Court to all persons asserting claims with respect to which the complaints seek exoneration or limitation, admonishing them to file their respective claims with the Clerk of this Court, in writing, and to serve on the attorneys for complainants a copy thereof on or before the 18th day of February, 2007, or be defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve on attorneys for complainants an answer to the complaint on or before the said date, unless his claim has included an answer to the complaint, so designated, or be defaulted; and

## IV.

IT IS FURTHER ORDERED that the aforesaid notice shall be published in the form required by Rule "F" of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure once a week for four successive weeks prior to the date fixed for the filing of claims in a newspaper of general circulation published in the City of Houston, namely the Houston

Chronicle; and copies of the notice also shall be mailed in accordance with the same Supplemental Rule "F;" and

## V.

IT IS FURTHER ORDERED that the commencement and/or further prosecution of any action or proceeding against complainants, their parent, subsidiary or affiliated corporations, their underwriters, or any of their property with respect to any claims for which complainants seek exoneration from or limitation of liability, including any claim arising out of or connected with any alleged loss, damage, or injury resulting from the incident described in the complaint, be and the same hereby is stayed and restrained until the hearing and determination of this proceeding; and

## VI.

IT IS FURTHER ORDERED that complainants may make service of this order as a restraining order through the United States Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively by hand delivery.

Signed at Houston, Texas on January 5, 2007.

_____
Gray H. Miller
United States District Judge